

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00126-CR

**IN RE** Jose del Carmen **LOPEZ RIVERA**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:       Lori Massey Brissette, Justice
Adrian A. Spears II, Justice
Velia J. Meza, Justice

Delivered and Filed: March 12, 2025

DENIED

      Relator, Jose del Carmen Lopez Rivera, has filed a petition for writ of mandamus. After considering the petition and the record, the court concludes Lopez Rivera is not entitled to the relief sought. Accordingly, we deny the petition for writ of mandamus.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 14716CR, styled *The State of Texas v. Jose del Carmen Lopez Rivera*, pending in the County Court, Kinney County, Texas, the Honorable Natalie C. Fleming presiding.